**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2523**

KOJO OKATA,

                                              Petitioner,

          versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                              Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-661-505)

Submitted:  January 7, 1997          Decided:  January 23, 1997

Before LUTTIG and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Randall Lee Johnson, Arlington, Virginia, for Petitioner.  Richard
Michael Evans, Carl H. McIntyre, Jr., Laura Marlene Friedman, David
V. Bernal, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Board of Immigration Appeals' decision denying relief on his application for asylum and withholding of deportation. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. <u>Okata v. INS</u>, No. A70-661-505 (B.I.A. Aug. 5, 1996). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>